IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MELVIN R. ORTIZ,

    Plaintiff,

-vs-                                                                                                  No. CIV 97-0738 JC/LFG

BRUCE BABBITT, Secretary,
Department of Interior

    Defendant.

## MEMORANDUM OPINION AND ORDER

THIS MATTER came on for consideration of Plaintiff's Motion to Reconsider or Alter or Amend Judgment, filed February 8, 1999 *(Doc. 77)*, and Plaintiff's Request for Oral Argument, filed February 12, 1999 *(Doc. 81)*. The Court has reviewed the motions, memoranda and the relevant authorities. The Court finds that oral argument is not necessary and will deny Plaintiff's Request for Oral Argument on that basis.

The Court notes that it considered all of the arguments raised by Plaintiff before it granted summary judgment for Defendants. In particular, the Court considered Plaintiff's characterization of his leave request as an "emergency" and the nature of Plaintiff's responsibilities as a skilled GS-12 Realty Specialist. The Court also considered, and rejected, the possibility that the statistical evidence in the record could indicate systematic discrimination against Hispanics in granting leave requests. Plaintiff's Motion to Reconsider does not present any grounds that would justify reconsideration. Accordingly, Plaintiff's motion is not well taken and will be denied.

Wherefore,

**IT IS ORDERED** that Plaintiff's Motion to Reconsider or Alter or Amend Judgment, filed February 8, 1999 *(Doc. 77),* and Plaintiff's Request for Oral Argument, filed February 12, 1999 *(Doc. 81),* are **denied.**

DATED this 12th day of April, 1999.

                                                                                    *[signed] John Edwards Conway*
                                                                                    **CHIEF UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Counsel for Plaintiff: | William J. Friedman<br>Santa Fe, New Mexico |
| Counsel for Defendant: | Ronald F. Ross, AUSA<br>U. S. Attorney's Office<br>District of New Mexico<br>Albuquerque, New Mexico |